**Order entered July 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00649-CR

### JASON RAY SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-14302-Q**

## ORDER

The Court **GRANTS** appellant's July 17, 2013 motion to extend time to file his brief.

We **ORDER** appellant's brief filed as of the date of this order.


/s/     LANA MYERS
JUSTICE